UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

    Plaintiff,

v.      Case No: 2:22-cv-552-JLB-KCD

TOLL BROS., Inc.

    Defendant.
_____/

# ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 84), recommending that the Court dismiss this case without prejudice for lack of prosecution. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, the Court has undertaken an independent review of the record. No objection has been filed and months later, Plaintiff E-Ventures still has not retained counsel. (*See* Doc. 84 at 1–2 (detailing the history of Plaintiff's failure to retain counsel)). Accordingly, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

2

It is **ORDERED** that:

1. The Report and Recommendation (Doc. 84) is **ADOPTED** and made part of this Order for all purposes.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** at Fort Myers, Florida on April 23, 2024

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE