UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

       Plaintiff,

v.

                                  Case No. 2:22-cv-552-JLB-KCD

TOLL BROS., INC., A
PENNSYLVANIA CORPORATION;

       Defendant,
_____/

**ORDER**

Before the Court is Defendant's Motion for Writ of Garnishment. (Doc. 102.) The Court has entered a cost judgment against Plaintiff. (Doc. 99.) Defendant now seeks to attach financial accounts to satisfy the judgment.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id.* The procedure for writs of execution is governed by state law. *Id.* Florida law provides that a judgment creditor may request the clerk of court to issue a writ of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id.* Defendant has complied with the statutory prerequisites for obtaining the writ it seeks. Thus, the Court will direct the Clerk to issue the proposed writ of garnishment.

Accordingly, it is **ORDERED**:

1. Defendant's Motion for Writ of Garnishment (Doc. 102) is **GRANTED**.

2. The Clerk is directed to issue the proposed writ (Doc. 102-1).

**ENTERED** in Fort Myers, Florida on February 18, 2025.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge