UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

E-VENTURES WORLDWIDE, LLC,

   Plaintiff,

v.           Case No: 2:22-cv-00552-JLB-KCD

TOLL BROS., INC. and JPMORGAN
CHASE BANK, N.A.,

   Defendants.

_____/

### ORDER

This matter comes before the Court on Plaintiff e-Ventures Worldwide, LLC's, Defendants Toll Bros, Inc. and JPMorgan Chase Bank, N.A.'s (collectively, "the parties'") Joint Stipulation for Entry of Consent Judgment (Doc. 107).

The Court issued a Writ of Garnishment concerning e-Ventures' bank account with JPMorgan on February 20, 2025. (Doc. 104). JPMorgan filed an Answer (Doc. 105) identifying funds held for e-Ventures in an amount satisfying the judgment entered in favor of e-Ventures. (Doc. 103). The parties agree to a consent judgment in favor of Toll Bros and against JPMorgan totaling $12,732.93—the amount specified in the Court's Writ of Garnishment. (Doc. 103; Doc. 104).

Accordingly, it is **ORDERED**:

1. The Joint Stipulation for Entry of Consent Judgment (Doc. 107) is

    **GRANTED**.

2. JPMorgan Chase Bank, N.A., is **DIRECTED** to issue payment to Toll

    Bros., Inc. in the total sum of twelve thousand seven hundred thirty-two

dollars and ninety-three cents ($12,732.93), FOR WHICH LET EXECUTION ISSUE.

3. The payment by JPMorgan to Toll Bros., Inc., in the amount of $12,732.93 shall be made by check payable to Toll Bros., Inc., within 20 days of the date of this Consent Judgment on Writ of Garnishment.  The check shall be delivered to legal counsel for Toll Bros. Inc., the law firm of Cozen O'Connor, to the attention of Ralf R. Rodriguez, Esq., at 200 South Biscayne Blvd., Suite 3000, Miami, Florida 33131.

4. Upon receipt and clearance of the funds received from JPMorgan, Toll Bros. is **DIRECTED** to file a Satisfaction of Judgment in favor of JPMorgan in connection with this Consent Judgment on Writ of Garnishment.

5. Thereafter, Toll Bros is **DIRECTED** file a Satisfaction of Judgment of the underlying cost judgment previously entered against e-Ventures.

6. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close this case.

7. This Court **RETAINS** jurisdiction to enforce the terms of this Order.

**ORDERED** in Fort Myers, Florida, on September 26, 2025.


JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE